**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**GARY GANT**                                                      **CIVIL ACTION**

**versus**                                                            **NO. 15-107**

**N. BURL CAIN, WARDEN**                            **SECTION: "S" (1)**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by **Gary Gant** is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 30th day of ____March____, 2015.

**UNITED STATES DISTRICT JUDGE**